1  MORENO & RIVERA, LLP
2  1451 River Park Drive, Suite 145
   Sacramento, California 95815
3  Tel: 916-922-1200 Fax: 916 922-1301

4  Jesse M. Rivera, CSN 84259
   Jonathan B. Paul, CSN 215884
5  Kelly A. Yokley, CSN 192015
6  Shanan L. Hewitt, CSN 200168

7  Attorneys for Defendant,
   THE STATE OF CALIFORNIA, a public entity,
8  NAPA STATE HOSPITAL, a public entity,
   Dr. ED FOULK, individually, and
9  DANA WHITE, individually

10

11

12            **IN THE UNITED STATES DISTRICT COURT**

13         **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| MATTHEW THOMAS ANDERSON, DECEASED, THROUGH HIS PERSONAL REPRESENTATIVE NAD SUCCESSOR IN INTEREST, MINEKO SWEZEY; AND MINEKO SWEZEY, Individually, | CASE NO.: C10-01428SBA **ORDER TO VACATE ENTRY OF DEFAULT** |
| Plaintiff, | |
| vs. | |
| COUNTY OF SISKIYOU, a public entity; SISKIYOU COUNTY SHERIFF'S DEPARTMENT, a public entity; SISKIYOU COUNTY SHERIFF RICK RIGGENS, in his individual and official capacities; CAPTAIN JAMES BETT, individually; DEPUTY CHRISTOPHER MILLER, individually; RONALD BORTMAN, M.D., individually; STATE OF CALIFORNIA, a public entity; NAPA STATE HOSPITAL, a public entity; Dr. ED FOULK, R.N., individually; DANA WHITE, RN., individually; and DOES 1 through 10, Jointly and Severally, | |
| Defendant. | |

PURSUANT TO THE STIPULATION HERETOFORE FILED, AND GOOD CAUSE HEREBY APPEARING, it is hereby ordered that the Entry of Default heretofore filed against the State of California, Napa State Hospital, Dr. Ed Foulk, R.N., and Dana White, R.N., [Docket #22] is hereby vacated and withdrawn. Said defendants are hereby provided relief from said default.

It is hereby further ordered that an answer is to be filed on behalf of said defendants within ten (10) days of the entry of this order.

It is hereby so ordered.

Dated: June 23, 2010

By: *Saundra B Armstrong*
HONORABLE SAUNDRA BROWN-ARMSTRONG
United States District Court Judge